# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 182 WAL 2019

           Respondent                  :

                                          :    Petition for Allowance of Appeal
                                          :    from the Order of the Superior Court

               v.                           :

                                          :

AMBROSE J. SAMPLE, II,               :

           Petitioner                 :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.